ST. LOUIS COUNTY, Missouri, Plaintiff,

v.

B.A.P. INCORPORATED, Defendant.

No. 74164.

Missouri Court of Appeals, Eastern District, Division One.

March 9, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 12 and June 3, 1999.

Murry A. Marks, St. Louis, for appellant.

John A. Ross, Clayton, for respondent.

Before JAMES A. PUDLOWSKI, P.J., KENT E. KAROHL, J., and CLIFFORD H. AHRENS, J.

### ORDER

PER CURIAM.

Defendant was charged by information with promotion of obscene material, section 706.070 S.L.C.R.O. The trial court found defendant guilty and assessed punishment at a $1,000 fine. Defendant appeals the judgment on his conviction. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).